**STATE of Missouri, Plaintiff/Respondent,**

v.

**Manie COLLINS, Defendant/Appellant.**

**No. 74170.**

Missouri Court of Appeals,
Eastern District,
Division Three.

May 4, 1999.

Craig A. Johnston, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Krista D. Boston, Asst. Atty. Gen., Jefferson City, for respondent.

Before PAUL J. SIMON, P.J., KATHIANNE KNAUP CRANE, J., and LAWRENCE E. MOONEY, J.

*ORDER*

PER CURIAM.

Defendant appeals from the judgment entered on a jury verdict finding him guilty of attempted escape from confinement, in violation of Section 575.210 RSMo (1994), on which he was sentenced as a prior and persistent offender to eight years imprisonment consecutive to any prison sentence then being served.

No error of law appears and no jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 30.25(b).